Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, NV  89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email:  shackett@sklar-law.com

Raja Rajan, Esq. (*Pro Hac Vice forthcoming*)
Rajan Law Group
Pennsylvania Bar 58849
2009 Chestnut Street
Philadelphia PA 19103
Telephone: 267-566-0355
Email: raja@rajanlawgroup.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SENTINEL HOLDINGS LTD, F/K/A JAMES MARITIME HOLDINGS, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MERCYFALLS & CN FL Corp a Florida Corporation, <br><br> Defendant. | CASE NO.: 2:24-cv-02191-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION, STAY LITIGATION, OR IN THE ALTERNATIVE TO DISMISS** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sentinel Holdings Ltd f/k/a James Maritime Holdings, Inc. ("Plaintiff"), through its counsel of record Womble Bond Dickinson (US) LLP and Defendant MercyFalls & CN FL Corp. ("Defendant") through its counsel of record, Sklar Williams PLLC (collectively "the Parties"), as follows:

1.    On March 26, 2025, Defendant filed its Motion to Compel Arbitration, Stay Litigation, or In the Alternative to Dismiss ("Motion to Compel").  (ECF 8).

2.    On or about April 9, 2025, Plaintiff filed its Opposition to Defendant's Motion to Compel.  (ECF 10).

3.    Pursuant to LR II 7-2(b), the deadline to file and serve any reply in support of the

1    Motion to Compel is seven (7) days after service of the response, or on or before April 16, 2025.

2        4.    The Defendant's principal is observing the religious holiday of Passover from

3    April 12 through April 19, 2025, making it difficult for him to provide input into the reply during

4    this time.

5        5.    Accordingly, pursuant to LR IA 6-1(a), the Parties have agreed to extend the

6    deadline for Defendant to file a Reply in Support of the Motion to Compel by approximately

7    seven (7) days in order to accommodate the religious observance of Passover.

8        6.    No discovery deadlines or dates for trial have been set.

9        7.    Therefore, the Parties stipulate and agree that Defendant shall have up to and

10   including April 23, 2025 within which to file its Reply in Support of the Motion to Compel.

11       8.    This is the Parties' first request to extend Defendant's Reply deadline and is made

12   for the reasons set forth herein and not for purposes of delay.

13   Dated this 11th day of April, 2025.            Dated this 11th day of April, 2025.

14   **WOMBLE BOND DICKINSON (US) LLP**     **SKLAR WILLIAMS PLLC**

15
     By: */s/ J Christopher Jorgensen*                By: */s/ Stephen R. Hackett*
16   J Christopher Jorgensen, Esq.                    Stephen R. Hackett, Esq.
     Nevada State Bar No. 5382                        Nevada Bar No. 5010
17   3993 Howard Hughes Parkway, Suite 600            410 S. Rampart Blvd., Suite 350
     Las Vegas, NV 89169                              Las Vegas, NV 89144
18   Email: chris.jorgensen@wbd-us.com                Email: shackett@sklar-law.com

19   Jack F. Altura (*Admitted Pro Hac Vice*)         -and-
20   California State Bar No. 297314
     WOMBLE BOND DICKINSON (US) LLP                   Raja Rajan, Esq.
21   400 Spectrum Center Drive, Suite 1700            Rajan Law Group (*Pro Hac Vice forthcoming*)
     Irvine, CA 92618                                 Pennsylvania Bar 58849
22   Email: jack.altura@wbd-us.com                    2009 Chestnut Street
     *Attorneys for Plaintiff Sentinel Holdings Ltd.,*  Philadelphia PA 19103
23   *f/k/a James Maritime Holdings, Inc.*            Email: raja@rajanlawgroup.com
                                                      *Attorneys for Defendant*
24

25                               **IT IS SO ORDERED**.

26

27                               _____
                                 UNITED STATES DISTRICT JUDGE
28
                                 DATED: April 14, 2025

                                        2