Case 2:24-cv-02191-RFB-EJY     Document 40     Filed 10/29/25     Page 1 of 2

COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SENTINEL HOLDINGS LTD, F/K/A JAMES MARITIME HOLDINGS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>MERCYFALLS & CN FL Corp, a Florida Corporation,<br>Defendant(s). | CASE NO. 2:24-cv-02191-RFB-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to LR IA 11-6(c), I hereby consent to the substitution of Colleen N. Savage, Esq. and Alanna C. Bondy, Esq., of SGRO & ROGER, as counsel of record for Plaintiff Sentinel Holdings LTD, f/k/a James Maritime Holdings, Inc, in the place and stead of J Christopher Jorgensen, Esq. of Womble Bond Dickinson LLP in the above-entitled action.

DATED this __29__ day of October, 2025.

_____
Kyle Madej (Oct 29, 2025 14:56:45 PDT)
SENTINEL HOLDINGS LTD

/ / /

/ / /

/ / /

-1-

1  Pursuant to LR IA 11-6(c), I hereby consent to the substitution of Colleen N. Savage, Esq. and Alanna C. Bondy, Esq., of SGRO & ROGER, as counsel of record for Plaintiff Sentinel Holdings LTD, f/k/a James Maritime Holdings, Inc. in the place and stead of J Christopher Jorgensen, Esq. of Womble Bond Dickinson LLP. in the above-entitled action

DATED this 28th day of October, 2025.

**SGRO & ROGER**

*/s/Alanna Bondy*
COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830

Pursuant to LR  IA 11-6(c), I hereby consent to the substitution of Colleen N. Savage, Esq. and Alanna C. Bondy, Esq., of SGRO & ROGER in the place and stead of J Christopher Jorgensen, Esq. of Womble Bond Dickinson LLP, as counsel of record for Plaintiff Sentinel Holdings LTD, f/k/a James Maritime Holdings, Inc. in the above-entitled action.

DATED this 29th day of October, 2025.

**WOMBLE BOND DICKINSON LLP**

*/s/ J Christopher Jorgensen*          .
J CHRISTOPHER JORGENSEN, ESQ.
Nevada Bar No. 5382

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: October 29, 2025